# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JENA HOEHNE** : | |
| : | |
| Plaintiff : | |
| : | |
| vs. : | Civil Action No.: 062227 |
| : | |
| **WASHINGTON METROPOLITAN** : | |
| **AREA TRANSIT AUTHORITY** : | |
| : | |
| Defendant : | |

## ENTRY OF APPEARANCE

Please enter the appearances of Edward L. Norwind, Esquire, Albert H. Lechner, Esquire, and the law firm of Karp, Frosh, Lapidus, Wigodsky & Norwind, 2273 Research Blvd., Suite 200, Rockville, Maryland 20850 (301-948-3800), as counsel for the Plaintiff in the above-captioned matter.

Respectfully submitted,

**KARP, FROSH, LAPIDUS, WIGODSKY
& NORWIND, P.A.**


_____/s/_____
Edward L. Norwind, Bar No. 936393
2273 Research Boulevard
Suite 200
Rockville, Maryland  20850
(301) 948-3800


_____/s/_____
Albert H. Lechner, Bar No. 467117
2273 Research Boulevard
Suite 200
Rockville, Maryland  20850
(301) 948-3800

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance was mailed first-class, postage prepaid this **3rd** day of January, 2007 to:

Janice L. Cole, Esquire
WMATA
Associate General Counsel
600 Fifth Street, N.W.
Washington, D.C.  20001


_____/s/_____
Albert H. Lechner