IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JENNA HOEHNE                                          :
                                                      :
        Plaintiff,                                    :
                                                      :
v.                                                    : CASE NO. 06-2227 (RBW)
                                                      :
WASHINGTON METROPOLITAN AREA                          :
    TRANSIT AUTHORITY ("WMATA")                       :
                                                      :
        Defendant                                     :

**MEET AND CONFER REPORT TO THE COURT
IN COMPLIANCE WITH LOCAL RULE 16.3**

COME NOW the Plaintiff, Jenna Hoehne by and through counsel, and the Defendant, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, by and through counsel, JANICE L. COLE, to submit this report in compliance with Local Rule 16.3 of the Rules of the United States District Court for the District of Columbia and state that they have agreed as follows:

1. The parties do not anticipate filing any dispositive motions at this stage of the proceedings.

2. The parties do not contemplate joining any additional parties or filing any additional amendments to the pleadings at this juncture. However, if necessary, the parties will do so within the next 30 days.

3. The parties do not wish to assign this case to a Magistrate Judge.

4. At this point it is too early to determine the prospects for settlement. Counsel for the parties will be open to settlement discussions with a court-appointed mediator after the discovery process.

5. Currently, the parties do not believe Alternative Dispute Resolution procedures would be useful. As discovery progresses, however, and the parties begin settlement discussions, assistance from the Court in the form of a court-appointed mediator would be helpful to the parties. The parties would ask the Court for an ADR referral at the close of discovery.

6. The parties request that the following deadlines be established regarding summary judgment:

   a) Defendant's Motion for Summary Judgment - 30 days after completion of discovery;

   b) Plaintiffs' Opposition to Motion for Summary Judgment - 30 days thereafter;

   c) Defendant's Reply Memorandum - 10 days thereafter.

7. The parties agree to waive initial disclosure requirement of Federal Rule of Civil Procedure 26(a)(1).

8. The parties request that the discovery remain open for 180 days after the initial status conference and agree to the presumptive limits set by the rules.

9. The parties agree as to the following timing for exchange of expert witness reports:

   a) Plaintiffs Expert Designation deadline -    07/31/2007

   b) Defendant's Expert Designation deadline -    09/15/2007

10. The parties do not believe that any Protective Orders will be necessary.

11. The parties agree that at this time, it appears that the trial and/or discovery should not be bifurcated.

12. The parties agree that the Court should set a Pre-Trial Conference 60 days after the close of discovery or 30 days after the Court rules on any Motions for Summary Judgment.

13. The Plaintiff requests that the Court set a trial date at the time of the Initial Scheduling Conference. WMATA requests that the trial date be set at the time the Pre-Trial Conference is held. The parties further request that the Court schedule a final Pre-Trial Conference 30 days prior to the trial date if the trial date is set more than 90 days from the date of the Pretrial.

Respectfully submitted,

**KARP, FROSH, LAPIDUS WIGODSKY & NORWIND, P.A.**

By: \_\_\_/S/_____
Edward L. Norwind, #936393
Albert H. Lechner, #467117
2273 Research Boulevard
Suite 200
Rockville, Maryland  20850
(301) 948-3800
Attorneys for Plaintiff

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

By: /s/_____
Janice L. Cole Bar # 440351
Associate General Counsel
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-2543
jlcole@wmata.com
Attorney for the Defendant WMATA