UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNA HOEHNE, </br></br>      Plaintiff, </br></br>v. </br></br>WASHINGTON METROPOLITAN </br>AREA TRANSIT ASSOCIATION, </br></br>      Defendant. | Civil Action No. 06-2227 (RBW) |

**ORDER**

In accordance with the Court's oral orders issued during the scheduling conference held on May 31, 2007, it is hereby

**ORDERED** that this case shall be placed on the Standard Track.  It is further

**ORDERED** that the parties are permitted to dispense with initial disclosures.  It is further

**ORDERED** that all amendments to pleadings and joinder of third parties shall occur by June 29, 2007.  It is further

**ORDERED** that all expert disclosures submitted by the proponent under Federal Rule of Civil Procedure 26(a)(2) shall be served by July 31, 2007.  It is further

**ORDERED** that all expert rebuttal submitted by the opponent under Rule 26(a)(2) shall be served by September 15, 2007.  It is further

**ORDERED** that discovery in this matter shall close on November 28, 2007.  It is further

**ORDERED** that this matter shall be referred to a Magistrate Judge for the purpose of settlement discussions for a period commencing on November 29, 2007, and concluding on January 29, 2008.  It is further

**ORDERED** that a status conference shall be held in this matter on February 1, 2008, at 9:00 a.m., at which point a schedule will be set for the filing of dispositive motions if the parties have not otherwise achieved an amicable resolution to their dispute.

**SO ORDERED** this 31st day of May, 2007.

                                                                REGGIE B. WALTON
                                                                United States District Judge