### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JENA HOEHNE** | : |
| Plaintiff, | : |
| | : |
| v. | :      Civil Action No.: 062227 - DAR |
| | : |
| **WASHINGTON METROPOLITAN** | : |
| **AREA TRANSIT AUTHORITY** | : |
| Defendant. | : |

### JOINT CONSENT MOTION FOR EXTENSION OF DISCOVERY

COMES NOW the Defendant, Washington Metropolitan Area Transit Authority ("WMATA"), by and through counsel, and, jointly with the Plaintiff Jena Hoehne, moves this honorable Court pursuant to Federal Rule of Civil Procedure 6(a) to extend discovery in this case to January 15, 2008, and to set mediation in this case for either January 28, 29 or 30, 2008, at the Court's discretion. In support of this Motion, they state the following:

1.    In its Order dated May 31, 2007, the Court set the discovery deadline in this case for November 28, 2007. (Ex. 1 at 1.) It referred the matter to a magistrate judge for purposes of settlement discussions for a period commencing on November 29, 2007 and ending on January 29, 2008. (Ex. 1 at 2.)

2.    On June 1, 2007, the Court referred this case specifically to Magistrate Judge Deborah A. Robinson for mediation. (Ex. 2.) On June 4, 2007, the Court set a settlement conference for this matter on Tuesday, December 4, 2007. (Ex. 3.)

3.    The next scheduled court date for this matter is February 1, 2008, for a status conference. (Ex. 1 at 2.)

4.     Neither party has made any previous request for an extension of time.

5.     Discovery in this case is proceeding diligently in a cooperative manner. The parties have designated their experts as ordered by the Court, and have conducted depositions of the party witnesses, *i.e.*, the Plaintiff Jena Hoehne and the bus driver for WMATA, Mr. John Johnson. The parties have also provided each other with answers to interrogatories and responses to requests for documents.

6.     However, Defense Counsel needed time to prepare for a two-week jury trial in federal court in another matter scheduled to start November 6, 2007. Although this trial was just postponed one week ago, Defense Counsel was not available for the several weeks prior to the postponement, causing difficulty in scheduling the remaining doctors' depositions. Also, one of the Plaintiff's medical experts was delayed in completing his final medical report, which in turn delayed scheduling his deposition. With the Thanksgiving Holiday, and doctor's schedules to work around, it is unlikely the parties could conduct depositions of their experts by November 28, 2007, the current deadline for discovery.

7.     The parties therefore seek an extension of the discovery deadline up to and including January 15, 2007. This will afford the parties sufficient opportunity to depose the parties' expert witnesses (three total: two for the plaintiff and one for the defendant).

8.     The parties further seek to reschedule the mediation in this matter for either January 28, 29, or 30, 2008, which ever date can be accommodated by the Court. In the alternative, the parties request that mediation be rescheduled for any date after January 15 and prior to February 1 which can be accommodated by the Court.

9.     The requested changes will not alter the previously scheduled status conference of February 1, 2008. Since no trial date has yet been set, no other court dates will

be affected by the requested changes.

10.     Pursuant to Local Civil Rule 7(m), the parties have conferred on this Motion and agree that neither party will suffer prejudice as a result of the requested scheduling changes, and mutually consent to the Motion.  The parties make this Motion on the good faith belief that the requested extensions will facilitate any potential settlement.

**WHEREFORE,** the parties jointly request that the deadline for discovery be extended up to and including January 15, 2008, and that the settlement conference be rescheduled for either January 28, 29, or 30, 2008, whichever date would accommodate the Court's schedule. In the alternative, the parties request that the Court schedule the settlement conference for a date between January 15 and 30, 2008, that will otherwise accommodate the Court's schedule.

Respectfully submitted,

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

By:     /s/Janice L. Cole
        Janice L. Cole
        Associate General Counsel – WMATA
        600 Fifth Street, N.W.
        Washington, DC  20001
        (202) 962-2543

**KARP, FROSH, LAPIDUS, WIGODSKY
& NORWIND, P.A.**

By:    /s/Murray D. Scheel
          Murray D. Scheel, Esq.
          MScheel@karpfrosh.com
          D.C. Bar No. 490-012


          /s/Edward L. Norwind
          Edward L. Norwind, Esq.
          LNorwind@karpfrosh.com
          D.C. Bar No. 936-393
          2273 Research Blvd.
          Suite 200
          Rockville, Maryland 20850
          (301) 948-3800

          *Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JENA HOEHNE**                                        :

      Plaintiff,                                      :
                                                      :
v.                                                    :          Civil Action No.: 062227 - DAR
                                                      :
**WASHINGTON METROPOLITAN**                           :
**AREA TRANSIT AUTHORITY**                            :
                                                      :
      Defendant.                                      :
                                                      :

## <u>ORDER</u>

This matter is before the Court on the parties' Joint Consent Motion for Extension of Discovery. Having reviewed that Motion, the absence of any opposition thereto, and having found good cause, it is this _____ day of _____, 2007, by the Court,

      **ORDERED**, that the Motion is **GRANTED**, and it is further

      **ORDERED**, that the deadline for discovery is hereby extended up to and including January 15, 2008, and it is further

      **ORDERED,** that the settlement conference in this matter is rescheduled for

_____.

_____
Deborah A. Robinson, Magistrate Judge

cc:

Janice L. Cole
Associate General Counsel
WMATA
600 Fifth Street, N.W.
Washington, DC  20001

Murray D. Scheel, Esq.
Karp, Frosh, Lapidus, Wigodsky & Norwind, P.A.
2273 Research Blvd.
Suite 200
Rockville, Maryland  20850

Exhibit 1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNA HOEHNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2227 (RBW) |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

In accordance with the Court's oral orders issued during the scheduling conference held on May 31, 2007, it is hereby

**ORDERED** that this case shall be placed on the Standard Track. It is further

**ORDERED** that the parties are permitted to dispense with initial disclosures. It is further

**ORDERED** that all amendments to pleadings and joinder of third parties shall occur by June 29, 2007. It is further

**ORDERED** that all expert disclosures submitted by the proponent under Federal Rule of Civil Procedure 26(a)(2) shall be served by July 31, 2007. It is further

**ORDERED** that all expert rebuttal submitted by the opponent under Rule 26(a)(2) shall be served by September 15, 2007. It is further

**ORDERED** that discovery in this matter shall close on November 28, 2007. It is further

**ORDERED** that this matter shall be referred to a Magistrate Judge for the purpose of settlement discussions for a period commencing on November 29, 2007, and concluding on January 29, 2008.  It is further

**ORDERED** that a status conference shall be held in this matter on February 1, 2008, at 9:00 a.m., at which point a schedule will be set for the filing of dispositive motions if the parties have not otherwise achieved an amicable resolution to their dispute.

**SO ORDERED** this 31st day of May, 2007.


REGGIE B. WALTON
United States District Judge

Exhibit 2

**Anna DiSante**

| | |
|---|---|
| **From:** | Lee Norwind |
| **Sent:** | Friday, June 01, 2007 9:04 PM |
| **To:** | Anna DiSante |
| **Subject:** | FW: Activity in Case 1:06-cv-02227-RBW-DAR HOEHNE v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY Case Referred to Magistrate Judge |

-----Original Message-----
**From:** DCD_ECFNotice@dcd.uscourts.gov [mailto:DCD_ECFNotice@dcd.uscourts.gov]
**Sent:** Friday, June 01, 2007 4:57 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:06-cv-02227-RBW-DAR HOEHNE v. WASHINGTON METROPOLITAN AREA TRANSIT
AUTHORITY Case Referred to Magistrate Judge

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without
charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 6/1/2007 at 4:56 PM and filed on 5/31/2007

| | |
|---|---|
| **Case Name:** | HOEHNE v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY |
| **Case Number:** | 1:06-cv-2227 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
CASE REFERRED to Magistrate Judge Deborah A. Robinson for mediation. (jeb, )

**1:06-cv-2227 Notice has been electronically mailed to:**
Edward L. Norwind Lee@Karpfrosh.com
Mark F. Sullivan msullivan@wmata.com
Janice Lynn Cole jlcole@wmata.com

**1:06-cv-2227 Notice will be delivered by other means to::**

Albert H. Lechner

KARP, FROSH, LAPIDUS, WIGODSKY & NORWIND, P.A.
2273 Research Boulevard
Suite 200
Rockville, MD 20850

6/4/2007

Exhibit 2

## Anna DiSante

**From:** Lee Norwind
**Sent:** Monday, June 11, 2007 10:20 AM
**To:** Anna DiSante
**Subject:** FW: Activity in Case 1:06-cv-02227-RBW-DAR HOEHNE v. WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY Set/Reset Hearings

Anna – Please let Jena know about this date.

-----Original Message-----
**From:** DCD_ECFNotice@dcd.uscourts.gov [mailto:DCD_ECFNotice@dcd.uscourts.gov]
**Sent:** Monday, June 04, 2007 10:54 AM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:06-cv-02227-RBW-DAR HOEHNE v. WASHINGTON METROPOLITAN AREA TRANSIT
AUTHORITY Set/Reset Hearings

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without
charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 6/4/2007 at 10:54 AM and filed on 6/4/2007

| | |
|---|---|
| **Case Name:** | HOEHNE v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY |
| **Case Number:** | 1:06-cv-2227 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
Set Hearing: Settlement Conference set for Tuesday, 12/4/2007 @ 09:30 AM in Room 2315-2nd before
Magistrate Judge Deborah A. Robinson. (EW)

**1:06-cv-2227 Notice has been electronically mailed to:**
Edward L. Norwind  Lee@Karpfrosh.com
Mark F. Sullivan  msullivan@wmata.com
Janice Lynn Cole  jlcole@wmata.com

**1:06-cv-2227 Notice will be delivered by other means to::**

6/11/2007

Albert H. Lechner
KARP, FROSH, LAPIDUS, WIGODSKY & NORWIND, P.A.
2273 Research Boulevard
Suite 200
Rockville, MD 20850

6/11/2007