## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JENA HOEHNE** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :     Civil Action No.: 062227 - DAR |
| | : |
| **WASHINGTON METROPOLITAN** | : |
| **AREA TRANSIT AUTHORITY,** | : |
| | : |
| Defendant. | : |

## PLAINTIFF'S CONSENT MOTION FOR FAMILY MEMBER TO BE PRESENT AT SETTLEMENT CONFERENCE

COMES NOW the Plaintiff, Jena Hoehne, by and through counsel, and moves this honorable Court to permit Michael Piccolo, Jena Hoehne's step-father, to be present at the settlement conference scheduled in this matter for January 29, 2008. The Defendant consents to this Motion. In support of this Motion, the Plaintiff states the following:

1.    The Plaintiff Jena Hoehne is a twenty-six year old native of Nebraska.

2.    Her step-father, Michael Piccolo, is an attorney barred in the state of Nebraska.

3.    According to the Court's recent Order of November 6, 2007, this matter is set for a settlement conference on January 29, 2008, before the Honorable Magistrate Judge Deborah A. Robinson.

4.    Ordinarily, only counsel and parties with settlement authority, including insurance representatives, appear at a settlement conference.

5.    All parties and their counsel intend to be present at the scheduled settlement conference. Plaintiff Hoehne, however, would benefit from the added presence of her step-

father, for his general advice and moral support.

6.      Plaintiff Hoehne therefore requests that, in addition to the parties and their counsel, the Court permit her step-father to present with her at the settlement conference.

7.      Plaintiff Hoehne will continue to be represented by her current counsel; Mr. Piccolo is not seeking to appear *pro hac vice* as legal counsel for his step-daughter.

8.      The parties have already conferred on this Motion.  The Defendant consents to the Motion, on condition that Michael Piccolo not be called as a witness at the trial of this matter, should a trial be necessary.  The Plaintiff agrees to that condition.

**WHEREFORE,** the Plaintiff Jena Hoehne requests leave of the Court for her step-father, Michael Piccolo, to be present at the settlement conference in this matter.

Respectfully submitted,

**KARP, FROSH, LAPIDUS, WIGODSKY & NORWIND, P.A.**

By:      /s/Murray D. Scheel _____
         Murray D. Scheel, Esq.
         MScheel@karpfrosh.com
         D.C. Bar No. 490-012

         /s/Edward L. Norwind _____
         Edward L. Norwind, Esq.
         LNorwind@karpfrosh.com
         D.C. Bar No. 936-393
         2273 Research Blvd.
         Suite 200
         Rockville, Maryland 20850
         (301) 948-3800

         *Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JENA HOEHNE**                            :
                                           :
          Plaintiff,                       :
                                           :
v.                                         :          Civil Action No.: 062227 - DAR
                                           :
**WASHINGTON METROPOLITAN**                :
**AREA TRANSIT AUTHORITY,**                :
                                           :
          Defendant.                       :
                                           :

## <u>ORDER</u>

This matter is before the Court on the Plaintiff's Consent Motion for Family Member to Be Present at Settlement Conference. Having reviewed that Motion, the absence of any opposition thereto, and having found good cause, it is this _____ day of _____, 2007, by the Court,

**ORDERED**, that the Motion is **GRANTED**, and it is further

**ORDERED**, that the Plaintiff's step-father, Michael Piccolo, has leave to be present at the settlement conference in this matter.

_____
Deborah A. Robinson, Magistrate Judge

cc:

Janice L. Cole, Esquire
Associate General Counsel
WMATA
600 Fifth Street, N.W.
Washington, DC  20001

Murray D. Scheel, Esquire
Karp, Frosh, Lapidus, Wigodsky & Norwind, P.A.
2273 Research Blvd.
Suite 200
Rockville, Maryland  20850

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Plaintiff's Consent Motion for Family Member to Be Present at Settlement Conference and proposed Order were served via e-filing this **<u>14th</u>** day of November, 2007 on:

Janice L. Cole, Esquire
WMATA
Associate General Counsel
600 Fifth Street, N.W.
Washington, D.C.  20001


By:     /s/Murray D. Scheel_____
        Murray D. Scheel, Esq.
        MScheel@karpfrosh.com
        D.C. Bar No. 490-012


        /s/Edward L. Norwind_____
        Edward L. Norwind, Esq.
        LNorwind@karpfrosh.com
        D.C. Bar No. 936-393
        2273 Research Blvd.
        Suite 200
        Rockville, Maryland 20850
        (301) 948-3800

        *Counsel for Plaintiffs*