IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JENA HOEHNE**  :  <br> : <br> Plaintiff,  : <br> : <br> v.  : <br> : <br> **WASHINGTON METROPOLITAN**  : <br> **AREA TRANSIT AUTHORITY**  : <br> : <br> Defendant.  : | Civil Action No.: 062227 - DAR |

## NOTICE OF ENTRY OF APPEARANCE

This is to request that the Civil Clerk of the Court enter the appearance of Murray D. Scheel, Esquire, of the law firm of Karp, Frosh, Lapidus, Wigodsky & Norwind, as co-counsel for the Plaintiff in the above-captioned matter.

Respectfully submitted,

**KARP, FROSH, LAPIDUS, WIGODSKY
& NORWIND, P.A.**

By: /s/Murray D. Scheel
Murray D. Scheel, Esquire
MScheel@karpfrosh.com
Bar No. 490-012
2273 Research Blvd.
Suite 200
Rockville, Maryland 20850
(301) 948-3800

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Entry of Appearance was e-filed this **15th** day of January, 2008 to:

Janice L. Cole, Esquire
WMATA
Associate General Counsel
600 Fifth Street, N.W.
Washington, D.C.  20001

                                              /s/Murray D. Scheel
                                              Murray D. Scheel