IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JENA HOEHNE** | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 062227 - DAR |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** | : |
| Defendant. | : |

**JOINT CONSENT MOTION TO RESCHEDULE STATUS HEARINGS**

The Plaintiff, Jena Hoehne, by and through counsel, and the Defendant, Washington Metropolitan Area Transit Authority ("WMATA"), jointly move this honorable Court to reschedule the February 29, 2008 status conference and the April 4, 2008 status hearing in this matter for a date after April 11, 2008. In support of this Motion, they state the following:

1. On January 29, 2008, as ordered by the Court, the parties met together with Magistrate Judge Deborah A. Robinson to discuss the settlement of this case. While the parties made some progress toward a settlement, they were unable that day to reach a final agreement. They did agree, however, to continue settlement discussions with a private mediator, and reached an agreement to retain the Honorable Nan Shuker, Senior Judge (retired) of the Superior Court of the District of Columbia, to serve as that mediator.

2. Due to Judge Shuker's own schedule, however, she is not available for mediation until April 2008. Just this week, the parties were able to secure Judge Shuker for mediation on April 11, 2008, one of the earliest dates she could be available. (Ex. 1.)

3. The parties have not exchanged any further counter offers or demands since

the settlement conference on January 29th.

4.  At the January 29th settlement conference, Magistrate Judge Robinson agreed to set a status conference for February 29th, to determine the status of the parties' settlement negotiations. Given the status of those negotiations as reported herein, the parties agree that there would be little utility now to a status conference on February 29, 2008. The parties have made a specific commitment to further mediation, but the results of that mediation will not be known until after April 11, 2008.

5.  For the same reasons, the status hearing currently scheduled for April 4, 2008 before the Honorable Reggie Walton also would now be premature. Both parties believe that the scheduled mediation has a fair chance of resolving this case without trial. The parties would not be able to report on the results of the scheduled mediation until after April 11, 2008.

6.  Only one prior request for an extension of time has been made in this case, and that was for an extension for discovery, which has been completed.

7.  The parties therefore request an extension of time to April 11, 2008 to complete mediation in this case. They request that the settlement status conference set for February 29th and the status hearing set for April 4th be cancelled, and that a status hearing before Judge Walton be set for a date in April, after April 11th.

8.  Pursuant to Local Civil Rule 7(m), the parties have conferred on this Motion and agree that neither party will suffer prejudice as a result of the requested scheduling changes, and mutually consent to the Motion. The parties make this Motion on the good faith belief that the requested extensions will facilitate settlement.

**WHEREFORE,** the parties jointly request that the settlement status conference set for

February 29, 2008, and the status hearing set for April 4, 2008 be cancelled, and that a status hearing before Judge Walton be set for a date in April, after April 11th.

    Respectfully submitted,

    **WASHINGTON METROPOLITAN AREA**
    **TRANSIT AUTHORITY**

By:    /s/JANICE L. COLE
    Janice L. Cole
    D.C. Bar No. 440-351
    jlcole@wmata.com
    Associate General Counsel – WMATA
    600 Fifth Street, N.W.
    Washington, DC  20001
    (202) 962-2543

    *Counsel for the Defendant*

    **KARP, FROSH, LAPIDUS, WIGODSKY**
    **& NORWIND, P.A.**

By:    /s/MURRAY D. SCHEEL
    Murray D. Scheel, Esq.
    MScheel@karpfrosh.com
    D.C. Bar No. 490-012

    /s/EDWARD L. NORWIND
    Edward L. Norwind, Esq.
    LNorwind@karpfrosh.com
    D.C. Bar No. 936-393
    2273 Research Blvd.
    Suite 200
    Rockville, Maryland 20850
    (301) 948-3800

    *Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JENA HOEHNE** | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 062227 - DAR |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** | : |
| Defendant. | : |

## ORDER

This matter is before the Court on the parties' Joint Consent Motion to Reschedule Status Hearings. Having reviewed that Motion, the absence of any opposition thereto, and having found good cause,

it is this _____ day of _____, 2008, by the Court,

**ORDERED**, that the Motion is **GRANTED**, and it is further

**ORDERED**, that the settlement status hearing scheduled for February 29, 2008, is hereby cancelled, and it is further

**ORDERED,** that the status hearing scheduled for April 4, 2008, is hereby rescheduled for April _____, 2008.

_____
Deborah A. Robinson, Magistrate Judge

cc:

Janice L. Cole
Associate General Counsel
WMATA
600 Fifth Street, N.W.
Washington, DC  20001

Murray D. Scheel, Esq.
Karp, Frosh, Lapidus, Wigodsky & Norwind, P.A.
2273 Research Blvd.
Suite 200
Rockville, Maryland  20850

**Anna DiSante**

**From:** Murray Scheel
**Sent:** Wednesday, February 27, 2008 1:43 PM
**To:** Anna DiSante
**Subject:** FW: Mediation - Hoehne v. WMATA

---

**From:** DIANE DIFFENBAUCHER [mailto:deesammy@embarqmail.com]
**Sent:** Monday, February 25, 2008 10:07 AM
**To:** Murray Scheel
**Cc:** herhonorn@comcast.net
**Subject:** Mediation - Hoehne v. WMATA

Hi Mr. Scheel,

The above mediation is scheduled for April 11, 2008, at 11:00 a.m., location to be determined by counsel. Please let me know the location for the mediation when decided.

Attached is the mediation agreement, which needs to be forwarded to all counsel for signature. If you prefer that I forward it to counsel, please let me know. The signed copy should be returned directly to Judge Shuker by fax (202-363-1672) as soon as possible. The original can be signed at the mediation. The mediation cannot go forward unless Judge Shuker receives the signed mediation agreement.

Confidential Settlement Statements will be due to Judge Shuker by April 4, 2008. These may be faxed directly to her (202-363-1672) if they are less than 15 pages. If more than 15 pages, they may be delivered to her at 5220 Loughboro Rd., NW, Washington, D.C. 20016. Please do not send anything to her at the Courthouse.

Thanks for your assistance. If you have any questions, please contact me.

Dee Diffenbaucher
Asst. to Judge Shuker