IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JENA HOEHNE** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No.: 062227 - DAR |
| : | |
| **WASHINGTON METROPOLITAN** : | |
| **AREA TRANSIT AUTHORITY** : | |
| : | |
| Defendant. : | |

## CONSENT PRAECIPE

**COME NOW** the parties, jointly, to inform this Honorable Court that the parties have reached a settlement of this case. As a result, there is no longer any need for the hearing on this matter scheduled for tomorrow, April 17, 2008, before the Honorable Magistrate Judge Deborah A. Robinson. The parties, however, have not yet executed the release.

**WHEREFORE,** the parties request that the Court vacate the hearing scheduled in this matter for April 17, 2008, and grant permission for the parties to file a stipulation of settlement and dismissal on or before May 16, 2008.

Respectfully submitted,

**WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY**

By:   /s/JANICE L. COLE
       Janice L. Cole, D.C. Bar No. 440351
       Associate General Counsel – WMATA (Defendant)
       600 Fifth Street, N.W.
       Washington, DC 20001
       (202) 962-2543

**KARP, FROSH, LAPIDUS, WIGODSKY & NORWIND, P.A.**

By: /s/MURRAY D. SCHEEL
Murray D. Scheel, Esq.
MScheel@karpfrosh.com
D.C. Bar No. 490-012


/s/EDWARD L. NORWIND
Edward L. Norwind, Esq.
LNorwind@karpfrosh.com
	D.C. Bar No. 936-393
2273 Research Blvd.
Suite 200
Rockville, Maryland 20850
(301) 948-3800

*Counsel for Plaintiffs*