## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JENA HOEHNE** : | |
| : | |
| Plaintiff : | |
| : | |
| vs. : | Civil Action No.: 062227 |
| : | |
| **WASHINGTON METROPOLITAN** : | |
| **AREA TRANSIT AUTHORITY** : | |
| : | |
| Defendant : | |

## LINE OF DISMISSAL WITH PREJUDICE

Pursuant to a settlement reached between the parties, the Plaintiff, Jena Hoehne, by and through counsel, and with the Defendant's consent, hereby voluntarily dismisses this matter with prejudice.

Respectfully submitted,

**KARP, FROSH, LAPIDUS, WIGODSKY & NORWIND, P.A.**

/s/EDWARD L. NORWIND
Edward L. Norwind, Esquire, Bar No. 936393
LNorwind@karpfrosh.com

/s/MURRAY D. SCHEEL
Murray D. Scheel, Esq., Bar No. 490-012
MScheel@karpfrosh.com

2273 Research Boulevard
Suite 200
Rockville, Maryland  20850
(301) 948-3800
(301)-948-5449 (fax)

*Attorneys for the Plaintiff, Jena Hoehne*

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

/s/JANICE L. COLE
Janice L. Cole
D.C. Bar No. 440-351
jlcole@wmata.com
Associate General Counsel – WMATA
600 Fifth Street, N.W.
Washington, DC  20001
(202) 962-2543

*Attorney for Defendant,*
*Washington Metropolitan Area Transit Authority*